Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Virginia C. Rupisan
Napoleon C.Rupisan

United States Bankruptcy Court

Northern District of California

In re:

Virginia C. Rupisan
Napoleon C.Rupisan

Debtors.

Case No.: 09-56126

**NOTICE OF MOTION TO VALUE COLLATERAL OF BANK OF AMERICA, N.A.**

TO THE UNITED STATES TRUSTEE, BANK OF AMERICA AND ALL OTHER PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that the Debtor request the court to value the real property located at 7012 Goldenspur Loop, San Jose, California. This property secures the claim of the creditor named above. Debtors also request that the amount of the creditor's secured claim not exceed the value of its security. This determination will supersede any greater secured claim demanded in a proof of claim. Any objections to the creditor's claim are reserved and will be

filed after the creditor has filed a proof of claim. In the opinion of the debtors, the collateral has the replacement value of $507,000.00.

**YOU MUST REQUEST A HEARING, AS SET FORTH BELOW, IF YOU DISPUTE THE REQUESTED RELIEF.**

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief or a request for a hearing on the matter must be filed and served upon the initiating party within 21 days of mailing of this notice.

The request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. If there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

If the request for hearing or objection is timely made, the debtor will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: December 21, 2009

/s/ Marc Voisenat
Marc Voisenat , Attorney for debtors

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am over the age of 18 and not a party to the within action; my business address is 1330 |
| 3 | Broadway, Suite 1035, Oakland, California 94612. |
| 4 | On December 21, 2009, I served the foregoing document described as: **NOTICE OF** |
| 5 | **MOTION TO VALUE COLLATERAL OF BANK OF AMERICA, N.A. AND** |
| 6 | **OPPORTUNITY TO REQUEST A HEARING; MOTION TO VALUE COLLATERAL;** |
| 7 | **MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF** |
| 8 | **VIRGINIA C. RUPISAN** on the interested parties by placing a true copy thereof enclosed in a |
| 9 | sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland |
| 10 | addressed as follows: |

U.S. Trustee
280 South First Street, Room 268
San Jose, CA 95113

Devin Derham-Burk
Post Office Box 50013
San Jose, CA 95150-0013

C T CORPORATION SYSTEM - Agent for Service of Process
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

And by certified mail by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

Bank of America, N.A.
Attn: President
101 S. Tyron Street
Charlotte, N.C. 28280

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.
Executed on December 21, 2009 at Oakland, California.

/s/ Nilda Voisenat
Nilda Voisenat